IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

TECH SYSTEMS, INC., )
Plaintiff, )
)
v. ) Civil Action No. 1:12cv374 (GBL/JFA)
)
LOVELEN PYLES, et al, )
Defendant )

## JUDGMENT

Pursuant to the Jury Verdict of December 14, 2012 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby ENTERED in favor of Plaintiff, TECH SYSTEMS, INC. and against Defendant, LOVELEN PYLES, in the amount of THREE HUNDRED THOUSAND DOLLARS AND NO CENTS ($300,000.00), this amount comprised of the following sums awarded by the Jury:

### Count I—Computer Fraud and Abuse Act

Damages of $30,000.00

Punitive damages in the amount of $30,000.00

### Count II—Breach of Fiduciary Duty

Damages of $22,500.00

Punitive damages in the amount of $22,500.00

### Count IV—Virginia Computer Crimes Act

Damages of $22,500.00

Punitive damages in the amount of $22,500.00

### Count V—Trespass

Damages of $15,000.00

Punitive damages in the amount of $0.00

### Count VII—Electronic Communications Privacy Act

Damages of $60,000.00

Punitive damages in the amount of $75,000.00

No damages or punitive damages were awarded on Count III, which was dismissed by the Plaintiff during trial.

Dated: December 20, 2012.

FERNANDO GALINDO, CLERK OF COURT

By: _____

Terese Bull, Deputy Clerk

Alexandria, Virginia